(A) The People of the State of New York v. Louis Alvarez. (B) The People of the State of New York v. Hulan E. Jack.— Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.